Case Number: 08-54745  Date: November 8, 2010
Debtor Name: ARCHER, FREDERICK  PROPOSED DISTRIBUTION

**FILED 2010 NOV -9 PM 1:10 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON**

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  |  |  |  | $1,500.27 |
|  | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $375.07 | $0.00 | $375.07 | $375.07 | $1,125.20 |
|  | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $37.00 | $0.00 | $37.00 | $37.00 | $1,088.20 |
| Subtotals For Class Administrative 100.00% |  |  |  | $412.07 | $0.00 | $412.07 | $412.07 |  |
| 1 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY 40285 | Unsecured | 300 | $52.50 | $0.00 | $52.50 | ($0.81) | $1,087.39 |
| 2 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | 300 | $4,909.64 | $0.00 | $4,909.64 | $75.60 | $1,011.79 |
| 3 | ECMC<br>P O BOX 75906<br>ST. PAUL, MN 55175 | Unsecured | 300 | $14,368.60 | $0.00 | $14,368.60 | $221.25 | $790.54 |
| 5 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $2,360.99 | $0.00 | $2,360.99 | $36.36 | $754.18 |
| 6 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $957.59 | $0.00 | $957.59 | $14.75 | $739.43 |
| 8 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE<br>BANK USA NA<br>POB 35480<br>NEWARK NJ 07193-5480 | Unsecured | 300 | $8,790.17 | $0.00 | $8,790.17 | $135.35 | $604.08 |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE<br>BANK USA NA<br>POB 35480<br>NEWARK NJ 07193-5480 | Unsecured | 300 | $512.87 | $0.00 | $512.87 | $7.90 | $596.18 |
| 10 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $38,718.04 | $0.00 | $38,718.04 | $596.18 | $0.00 |
| Subtotals For Class Unsecured 1.54% |  |  |  | $70,670.40 | $0.00 | $70,670.40 | $1,088.20 |  |
| 4 | Telecommunity Credit Union<br>2500 North Turkeyfoot Lake Road<br>Akron, OH 44319 | Secured | 400 | $14,548.91 | $0.00 | $14,548.91 | $0.00 | $0.00 |
| 7 | JPMorgan Chase Bank<br>Bankruptcy Department<br>PO Box 24785<br>Columbus, OH 43224-0785 | Secured | 400 | $30,536.91 | $0.00 | $30,536.91 | $0.00 | $0.00 |
| Subtotals For Class Secured 0.00% |  |  |  | $45,085.82 | $0.00 | $45,085.82 | $0.00 |  |

*ck #1010*

*receipt # 81913*

Date printed 11/8/2010 2:51 PM